# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:25-mj-00745 |
| NOAH BERGMAN MART | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 2024 thru July 3, 2025 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2312 | Transportation of Stolen Vehicles |
| 18 U.S.C. § 2313 | Sale or Receipt of Stolen Vehicles; |
| 18 U.S.C. § 2322 | Chop Shops. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Peter Chiglinsky, Special Agent FBI
*Printed name and title*

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date: 09/22/2025

*Judge's signature*

City and state: Cincinnati, Ohio    Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Peter Chiglinsky, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.	I make this affidavit in support of a criminal complaint charging Noah Bergman MART with one violation Title 18, United States Code, Section 2312, Transportation of Stolen Vehicles; one violation Title 18, United States Code 2313, Sale or Receipt of Stolen Vehicles; and one violation Title 18, United States Code Section 2322, Chop Shops.

2.	I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Cincinnati, Ohio, Field Office Division, and have been so employed since 2021. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am currently assigned to investigate matters involving violent crimes, gangs, robberies, criminal enterprises, narcotics, and violent crimes against children. I have participated in the preparation and execution of Federal arrest and search warrants in my position as a Special Agent. I have also been involved with the analysis of pen registers, the monitoring of Title III wire intercepts, and the installation and monitoring of tracking devices for vehicles in relation to the investigations with which I have been involved. I have also utilized confidential human sources, pen registers, toll records, physical surveillances, and electronic surveillances in the process of the investigations in which I have been involved. Further, I have been the affiant on Federal search warrants and have written reports during these investigations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Through my training and experience as well as discussions with other law enforcement investigators and cooperating suspects, I have become familiar with methods utilized by individuals and groups of individuals who are involved in the criminal activity and criminal conspiracies for which MART is involved.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

5. Since this affidavit is being submitted for the limited purpose of establishing probable cause authorizing the arrest of MART, I have not included each and every fact and circumstance of which I am aware. I have set forth only those facts which I believe are necessary to establish such probable cause.

**PROBABLE CAUSE**

6. On April 28, 2025, the Fairfax Police Department (Ohio) provided FBI Cincinnati with information and evidence to suggest that Noah MART (hereafter, "the SUBJECT"), Raymond LIZAK, and Cole WATSON, among others yet to be identified, are involved in a criminal scheme to steal luxury vehicles, fraudulently re-title the vehicles, and either sell those vehicles out-of-state or dismantle the stolen vehicles and sell the parts for profit.

7. Specifically, Fairfax PD provided information to FBI Cincinnati, that the SUBJECT, LIZAK, and WATSON, are involved in a scheme to steal luxury vehicles from locations outside the state of Ohio. On several occasions, the vehicles were stolen from Texas. After stealing those vehicles, the SUBJECT, LIZAK, and WATSON, would transport the vehicles back to Ohio. Upon arriving back to Cincinnati, the SUBJECT, LIZAK and the WATSON parked the stolen vehicles in public garages in or around Cincinnati, or in a detached two car garage located at 3738 Isabella Avenue, Cincinnati, Ohio, 45209 (WATSON's residence). Once parked at Isabella Avenue, the SUBJECT, LIZAK, and WATSON, used fraudulent Vehicle Identification Numbers (VINs), and fraudulent vehicle titles, and affixed the fraudulent VINs to the stolen

2

vehicles.

8.  On September 20th, 2024, local law enforcement was contacted by the Ohio Bureau of Motor Vehicles (BMV) and Title Office, located at 3370 Red Bank Road, Cincinnati, Ohio, regarding possible fraudulent Texas titles which had been passed by the SUBJECT and LIZAK. Titles presented by both the SUBJECT and LIZAK were confirmed to be fraudulent by the Ohio BMV and the Texas Department of Motor Vehicles (DMV).

9.  On September 16, 2024, LIZAK registered a BMW M4 in his name. On September 20, 2024, the SUBJECT registered a BMW M3 in his name. After receiving new Ohio titles in their names, the SUBJECT and LIZAK proceeded to the Registration Office where they registered the aforementioned vehicles with Ohio license plates. The manufacturer (BMW) was contacted regarding the VINs on the vehicles which were confirmed to be invalid. BMW further revealed that the fraudulent VINs closely resembled the VINs of two recently stolen BMWs. The 2024 green BMW M4 had a fraudulently created VIN of "WBS43AZ0**1**RCN3940**9**," whereas the true VIN of the 2024 green BMW M4 was identified as "WBS43AZ0**X**RCN3940**8**." Similarly, the 2023 red BMW M3 had a fraudulently created VIN of "WBS43AY0**6**PFN5621**8**," whereas the true VIN of the 2023 red BMW M3 had an identified true VIN of "WBS43AY0**4**PFN56217." The red BMW M3 was fraudulently registered to the SUBJECT.

10. After confirming that the Titles and VINs were fraudulent, a search was performed for other recent Texas Titles, and other vehicles registered to the SUBJECT and LIZAK. Two additional vehicles were discovered. Both vehicles were Chevrolet Camaro SS. The 2023 Chevrolet Camaro SS, registered to the SUBJECT, was located in the driveway of his residence, 745 Wooster Pike, Cincinnati, Ohio, 45174. The vehicle was towed to Fairfax PD and searched pursuant to a state search warrant. As part of the search, the Electronic Control Module (ECM) was checked. The ECM ensures the smooth operation of the engine by monitoring and collecting data from sensors positioned throughout the vehicle. The (ECM) returned a different VIN than

what was on the visible VIN stickers and it was determined that the vehicle had been stolen out of Norwood, Ohio.

11. The 2022 Chevrolet Camaro SS, registered to LIZAK, showed a title cancellation and reissuance in Russell, Kentucky. The vehicle was sold to J.C. The Kentucky State Police responded to J.C.'s residence and checked the ECM on the vehicle, which returned a different VIN than was displayed on the title and VIN stickers. This vehicle was confirmed to have been stolen out of Rockwall, Texas. J.C. was shown a photo lineup and he positively identified LIZAK as the individual who sold him the vehicle. J.C. stated that LIZAK invited him to his residence located at 111 Wrenwood Lane, Terrace Park, Ohio, 45174, to meet to conduct the purchase. Upon arriving, J.C. stated that LIZAK and the LIZAK's father, Edward LIZAK, were present for the sale. Kentucky State Police were informed of the fraudulent vehicle sale by local law enforcement in Ohio, who then seized the vehicle. Ohio local law enforcement then examined the ECM which revealed a different VIN than was affixed to the vehicle. After local law enforcement ran the true VIN, local law enforcement discovered the vehicle had previously been reported by the owner, K.K., as stolen out of Rockwall, Texas, on March 17, 2025. The identification of these vehicles being registered to LIZAK and the SUBJECT resulted in both being charged in the Hamilton County Court of Common Pleas, Hamilton County, Ohio, with multiple felony counts of Forgery, Tampering with Records, Receiving Stolen Property, and Counterfeiting.

12. On March 11, 2025, the owner of the Black BMW M4(VIN: WBS33HK04SCS78670) contacted the Cincinnati Police Department to file a report of a stolen vehicle. According to the subsequent report, the owner stated the last known location of the vehicle was at 5400 Medpace Way, Cincinnati, OH, 45227, on March 11, 2025. 5400 Medpace Way, Cincinnati, OH, 45227, renders to a large commercial building with multiple open-air parking lots

4

and many parking garages. According to the BMW Store, this particular BMW has a unique red interior.

13. Local law enforcement reviewed security camera footage from the Medpace parking garage around the time of the theft and identified a blue Chevrolet Camaro LT1 with black rims drive into the Medpace garage. Shortly thereafter, security camera footage identified the same blue Chevrolet Camaro LT1 with black rims exit the garage, followed immediately by the stolen black BMW M4. The two vehicles are then observed on Madison Road, just outside of the Medpace garage, at an intersection, one in front of the other.

14. Local law enforcement served search warrants on the SUBJECT and LIZAK's Instagram accounts, at which point photos and videos were identified that appeared to show the stolen black BMW M4. In many of these photos and videos associated with the SUBJECT and Mart's accounts, both the SUBJECT and LIZAK are in the photographs with the stolen vehicle. In one particular photograph from the SUBJECT's Instagram, it specifically shows "M4" illuminated on the dashboard.

15. On or around April 28, 2025, local law enforcement conducted physical surveillance of 3738 Isabella Avenue, during which time local law enforcement observed and captured photographs of what is believed to be the stolen black BMW M4 parked in the detached garage of the residence. During this same physical surveillance, local law enforcement observed and captured photographs of what appears to be LIZAK and WATSON in the detached garage of the residence while the stolen black BMW M4 is also parked in the detached garage.

16. During the execution of the search warrant at 3738 Isabella Avenue on July 3, 2025, FBI personnel recovered what is believe to be parts of the black BMW M4 from the residence's basement. These parts include but are not limited to: the driver's side door, the roof, the hood, bumpers, and numerous interior parts. A review of WATSON's phone showed many photos of the black BMW M4. In many of the photographs reviewed, the black BMW M4 is observed in-tact

5

located in the detached garage of the residence located at 3738 Isabella Avenue. Additional photographs located on WATSON's phone appear to show the Black BMW M4 located in the residence's detached garage with exterior pieces removed, to include the hood, bumpers, and the driver's side door. The metadata for this photograph indicates the photograph was likely taken by WATSON's phone on May 13, 2025. Another photograph located on WATSON's phone appear to show the black BMW M4 located in the detached garage of 3738 Isabella Avenue with the interior removed, to include the unique red seats. The metadata for this photograph indicates the photograph was taken by WATSON's phone on May 14, 2025. Finally, a photograph was located on WATSON's phone which appears to show the parts to this BMW M4 spread out on a blue tarp in what appears to be the basement of 3738 Isabella Avenue. The metadata for this photograph indicates the photograph was taken on May 24, 2025. The orientation of these parts located in the basement of 3738 Isabella Avenue appear to be in the same orientation as when FBI personnel conducted the search of 3738 Isabella avenue on July 3, 2025, and located many of these same parts. Some of the parts from the photograph on May 24, 2025, were not present during the search of 3738 Isabella Avenue. Based on my training and experience, subjects will steal vehicles with the intent of taking them apart and selling the individual pieces for profit.

17. According to a cooperating witness, the SUBJECT allegedly had crashed the stolen Black BMW M4 while joy riding the vehicle. As a result of the extensive damage the stolen vehicle sustained, the SUBJECT assisted in parting out the Black BMW M4. Further, the cooperating witness stated that the SUBJECT and LIZAK posted the disassembled parts of the Black BMW M4 on Facebook Marketplace for sale, met with the potential buyers of the car parts, and received the profits from the parted Black BMW M4.

18. On September 17, 2024, the owner of a Red BMW M3 (VIN: WBS43AY04PFN5617) contacted the Cincinnati Police Department to report the theft of a

6

vehicle. In the subsequent report, the owner stated that the last known location for the vehicle was 606 Athens Avenue, Cincinnati, Ohio, 45226.

19. During the execution of a search warrant at 3738 Isabella Avenue, WATSON's iPhone 16 was seized pursuant to the warrant. During the analysis of this phone, an airplane boarding pass was located that revealed WATSON obtained a boarding pass from Frontier Airlines for flight "F9 1757" from Cincinnati, Ohio, to Dallas, Texas, on June 23, 2025. A photograph was located on WATSON's phone that shows the red BMW M3 parked in what appears to be a parking garage. The metadata reveals that the photograph was taken by WATSON's phone, with a capture date of June 23, 2025. The latitude and longitude of this photograph renders to a suburb just east of Dallas, Texas, which is Rockwall, Texas. Further, analysis of this iPhone located what is believed to be a Snapchat video showing a photo taken at night of a two-lane road and a caption that says "Crazy side quest" and "Driving an M3 Comp from Dallas to Cincinnati." The geolocation caption of this Snapchat photograph locates the phone in Rowlett, Texas. The metadata associated with this image indicates that it was taken on June 24, 2025. This Red BMW M3 was recovered by FBI personnel during the execution of a search warrant at WATSON's residence, located at 3738 Isabella Avenue.

20. On May 17, 2025, the owner of 2015 Chevrolet Corvette Z06, VIN: 1G1YR2D63F5601197, contacted the Cincinnati Police Department to report the theft of a vehicle. In the subsequent report, the owner stated that the last known location for the vehicle was in a parking garage located at 3075 Vandercar Way, Cincinnati, Ohio, 45209, on May 5, 2025. In both the instance of the theft of the Chevrolet Corvette Z06 and the BMW's, the SUBJECT was involved in the removal and disconnection of the OnStar computer tracking software which would allow third-party companies to record location data from the vehicles.

**CONCLUSION**

21.     Based upon the information provided within this affidavit, I believe that probable cause has been shown that, beginning on a date unknown, but by at least in or about September 2024, and continuing through on or about July 3, 2025, Noah Bergman MART violated Title 18, United States Code, Section 2312, Transportation of Stolen Vehicles and Title 18, United States Code, Section 2313, Sale or Receipt of Stolen Vehicles, to steal a vehicle, transport it across state lines, and present fraudulent title information in order to sell the vehicle for profit. I also believe that probable cause has been shown that on or around May 15, 2025, Noah Bergman MART violated Title 18, United States Code Section 2322, Chop Shops, by obtaining stolen vehicles, dismantling or altering the vehicles, and selling the individual parts of the vehicle or attempting to sell the entire vehicle for profit.

Respectfully submitted,

Peter Chiglinsky
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1, on September   22  , 2025.

HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

8